AUSA  Timothy P. McDonald (313) 226 0221
Special Agent  Douglas Goff (810) 989-5056

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
　　v.
Pedro DIAZ-LOPEZ

Case:2:18-mj-30490
Judge: Unassigned,
Filed: 09-21-2018 At 09:56 AM
USA v. PEDRO DIAZ-LOPEZ(CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 8,, 2016,_____ in the county of _____Oakland_____ in the _____EASTERN_____ District of _____MICHIGAN_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1015(e) | False statement or claim of citizenship to obtain a federal or state benefit. |

This criminal complaint is based on these facts:

On or about September 8, 2016, at or near Pontiac, Michigan, Pedro DIAZ-LOPEZ, knowingly made a false statement or claim that he is, or at any time has been, a citizen of the United States with the intent to obtain a state benefit, to wit: an Enhanced Michigan Operator's License, in violation of Title 18, U.S.C. § 1015(e) (False statement or claim of citizenship to obtain a federal or state benefit).

☐ Continued on the attached sheet.

_____
Complainant's signature

Douglas Goff, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  09/21/2018 _____

_____
Judge's signature

City and state:  Detroit, MI _____

~~R. Steven Whalen~~, U.S. Magistrate Judge
Printed name and title

**ANTHONY P. PATTI**
**UNITED STATES MAGISTRATE JUDGE**

# AFFIDAVIT

I, Douglas W. Goff, being duly sworn depose and state the following under penalty of perjury:

1.      I am a United States Border Patrol agent with the United States Border Patrol (USBP), Department of Homeland Security, with over twenty-two years of experience as a Border Patrol agent, duly appointed according to law and acting as such. I am assigned to the Marysville Border Patrol Station in Marysville, Michigan, as a Border Patrol agent and have worked criminal and administrative violations of Immigration law as described in the Immigration & Nationality Act (INA) and Titles 8, 18, and 21 of the United States Code.  I have attended and graduated from the U.S. Border Patrol Academy in October of 1995 in Charleston, South Carolina.

2.      This affidavit is made in support of a criminal complaint and the issuance of an arrest warrant for Pedro DIAZ-LOPEZ, DOB: xx/xx/1981, A# xxx xxx 377, for a violation of Title 18, United States Code, Section 1015(e), false statement or claim to United States citizenship to obtain federal or state benefit.

3.      Based on the information set forth below, your Affiant believes that DIAZ-LOPEZ is a national and citizen of Honduras, an alien illegally present in the United States, and that there is probable cause that DIAZ-LOPEZ, utilizing the name "Angel Colon-Ruiz" falsely claimed to be a United States Citizen in an application for a Michigan Driver's License, in violation of Title 18, U.S.C. § 1015(e) (False statement or claim of citizenship to obtain a federal or state benefit).

4.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all of the information collected during my investigation.

5.      DIAZ-LOPEZ is a thirty-seven year old native and citizen of Honduras, who last entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

6.      On April 23, 2004, DIAZ-LOPEZ was arrested by the United States Border Patrol at the Falfurrias Border Patrol Checkpoint, in Texas. DIAZ-LOPEZ was processed for removal from the United States and released pending his immigration court date, due to lack of detention space.

7.      On September 15, 2004, DIAZ-LOPEZ failed to appear for his immigration hearing and was ordered removed in absentia by an Immigration Judge in Harlingen, Texas.  DIAZ-LOPEZ became an ICE fugitive at that time.

8.      On September 8, 2016, DIAZ-LOPEZ, falsely claiming to be United States Citizen Angel Colon-Ruiz, applied for and received a Michigan Enhanced Driver's license (C xxx xxx xxx 417) at the Michigan Secretary of State, Branch #181, at the Oakland County Super Center located in Pontiac, Michigan. The photograph on the Michigan Enhanced Driver's license is that of Pedro DIAZ-LOPEZ.



Michigan Secretary of State Branch #181 still photograph depicting Diaz-Lopez leaning on the acceptance clerk's desk.



Michigan Secretary of State Branch #181 still photograph depicting DIAZ-LOPEZ standing for a photograph.

9. On April 1, 2018, DIAZ-LOPEZ made a documented entry into the United States through the Del Rio, Texas, Port-of-Entry, utilizing the Michigan Enhanced Driver's license bearing the name Angel COLON-RUIZ, claiming he was a United States Citizen.

10. On August 17, 2018, U.S. Border Patrol agents encountered DIAZ-LOPEZ in Pontiac, Michigan. A field interview was conducted, in which DIAZ-LOPEZ, identifying himself as Angel Colon Ruiz, claimed to be United States citizen and presented Michigan Enhanced Driver's license # C xxx xxx xxx 417 bearing that alias. The Michigan driver's license, a Puerto Rican Birth certificate, and several other documents were seized bearing that alias.

11. On August 17, 2018, Border Patrol Agents interviewed DIAZ-LOPEZ at the Marysville Border Patrol Station, DIAZ-LOPEZ freely admitted that he was a Honduran national and that he was illegally present in the United States after having

been ordered removed in September of 2004. Under oath, after waiving his rights, DIAZ-LOPEZ admitted to false claiming to United States citizenship and to knowing that it was a crime. DIAZ-LOPEZ further admitted that he was not Angel COLON-RUIZ, and that Angel COLON-RUIZ was some other person.

12.     The aforementioned arrest and subsequent detention was an administrative non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13.     Review of the alien file (A# xxx xxx 377) for DIAZ-LOPEZ, and queries of the subject of this affidavit in U.S. Border Patrol computer databases confirm no record exists of DIAZ-LOPEZ having applied for status or relief from the Attorney General, or the Secretary of the Department of Homeland Security, following his order of removal on September 15, 2004.

14.     On August 17, 2018, DIAZ-LOPEZ's name, fingerprints, DOB: xx/xx/1981, and A# xxx xxx 377 were searched in the I-AFIS, FBI systems and IDENT immigration systems by U.S. Border Patrol agents. DIAZ-LOPEZ's DOB: xx/xx/1981, A# xxx xxx 377 and fingerprints returned with a positive match for DIAZ-LOPEZ, Pedro, DOB: xx/xx/1981, A# xxx xxx 377, as an ordered removed ICE fugitive national of Honduras.

15.     Based on the above information, I believe there is probable cause to conclude that Pedro DIAZ-LOPEZ knowingly made false claims to United States citizenship to obtain various immigration and state benefits, fraudulently, in violation of false statement under oath in a matter relating to naturalization and citizenship in order to obtain a benefit, in violation of Title 18, United States Code, Section 1015(e).

Douglas Wayne Goff
Border Patrol Agent
U.S. Border Patrol
Marysville, Michigan

Sworn to and subscribed before me
on this day of  September 21, 2018.

Honorable ~~R. Steven Whalen~~   **ANTHONY P. PATTI**
United States Magistrate Judge
Eastern District of Michigan